In the Matter of the Application of M. H. Riddell, Appellant, to Lay Out a Highway in the Town of Milford, Otsego County, New York, Respondent, and Assessment of Damages Therefor. A. H. Preston, Sole Commissioner of Highways of the Town of Milford, Respondent.— Order of the County Court affirmed, with costs. All concurred.

In the Matter of the Application of the Central Trust Company of New York, Appellant, for a Peremptory Writ of Mandamus against Clark Williams, as Superintendent of Banks, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of the Examination of Margaret M. Bowden, etc., upon the Application of Cornelia E. Mannis, Judgment Creditor, under a Judgment Recovered in an Action Entitled Supreme Court, Saratoga County, N. Y., Cornelia E. Mannis, Plaintiff, v. Julia Sutfin, Defendant. Margaret M. Bowden, Appellant; Cornelia E. Mannis, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Moe Green and Joseph Helprin, Appellants, to Set Aside Certain Orders Allowing Execution to Issue against Walter S. West, an Incompetent Person, and William J. Delaney, His Committee, and to Set Aside Certain Executions Issued against Said Incompetent and His Committee. James H. Jones and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, J., dissenting.

In the Matter of the Application of Ira E. Betts, Late of the Town of Delhi, Deceased, by Minnie H. Betts, as Executrix, etc., of Said Ira E. Betts, Deceased, and as Property Owner, Respondent, to Alter and Lay Out a New Highway in the Town of Delhi, New York, and the Assessment of Damages Therefor. Alexander Stewart, Sole Commissioner of Highways of the Town of Delhi, New York, Appellant; Henry Rice and Others, Respondents.— Order affirmed, with costs. All concurred.

Joseph F. Morrissey, Respondent, v. William H. Gibbs, Appellant. (No. 2.) — Interlocutory judgment affirmed, with costs. All concurred.

Dennis J. Murphy, an Infant, by Mary Elizabeth Murphy, His Guardian ad Litem, Respondent, v. United States Lace Curtain Mills, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., dissenting.

The Northern Bank of New York, Respondent, v. Fitzgerald Brick Company, Appellant, Impleaded with John Brown and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Perry M. Olds, Respondent, v. Myron H. Oothoudt, Appellant.— Judgment and order unanimously affirmed, with costs.

Richard D. Palmateer, Plaintiff, v. Mary A. Clexton and Others, Defendants. James B. Eveline, Appellant; Mutual National Bank of Troy, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg and Sewell, JJ., dissenting.

Sarah A. Parr, Appellant, v. Lucinda Alexander and Others, Respondents.—

Judgment and orders affirmed, with costs. All concurred, except Cochrane, J., dissenting.

The People of the State of New York, Respondent, v. Max Weinberg, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to the defendant to amend the answer upon payment of the costs at the Trial Term and in this court. All concurred.